Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Baxter, Martha | 5/1/1949 | OH | Southern District of Ohio, Dayton Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 2. | Baxter, Timothy | 1/2/1949 | OH | Southern District of Ohio, Dayton Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 3. | Beauvilet, Ninonde | 11/6/1959 | FL | Southern District of Florida, Fort Lauderdale Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 4. | Bradley, Lashandra | 9/14/1976 | TX | Northern District of Texas, Dallas Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 5. | Brown, Shaneeka | 5/28/1983 | NC | Eastern District of North Carolina, Raleigh Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 6. | Busch, Dorothy | 7/2/1980 | NJ | District of New Jersey, Newark Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 7. | Bussey, Linda | 11/22/1959 | WA | District of Columbia, Washington Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 8. | Chelbian, Barton | 7/27/1953 | FL | Southern District of Florida, Fort Lauderdale Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 9. | Clark, George | 9/13/1958 | FL | Middle District of Florida, Orlando Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 10. | Cosby, David | 4/18/1967 | SC | District of South Carolina, Charleston Divison | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 11. | Crowl, John | 5/29/1966 | NY | Western Distrist of New York, Rochester Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 12. | Davis, Carolyn | 10/15/1948 | NJ | District of New Jersey, Newark Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13. | Detlefsen, Robert | 10/2/1951 | MI | Western District of Michigan, Kalamazoo Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 14. | Ervin, George | 10/21/1960 | SC | District of South Carolina, Florence Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 15. | Ferguson, Paige | 6/10/1991 | D | District of Maryland, Greenbelt Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 16. | Gholson, Melissa | 9/8/1962 | OH | Southern District of Ohio, Columbus Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 17. | Gordon, Stuart | 11/5/1986 | AL | Southern District of Alabama, Mobile Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 18. | Hackley, Thomas | 3/10/1953 | FL | Southern District of Florida, Fort Pierce Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 19. | Hall, Deon | 12/5/1994 | IL | Northern District of Illinois, Rockford Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 20. | Hensley, Lawrence | 3/31/1962 | KY | Eastern District of Kentucky, Ashland Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 21. | Hull, James | 8/7/1966 | PA | Western District of Pennsylvania, Johnsotown Division | No | Yes | No | ulcerative colitis | I-IX, XIII-XIX |
| 22. | Johnston, Keith | 7/19/1968 | MA | District of Massachusetts, Boston Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 23. | Kheribot, April | 8/11/1970 | MD | District of Maryland, Baltimore Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 24. | Kish, Kevin | 7/19/1974 | OK | Northern District of Oklahoma, Tulsa Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 25. | Koonce, Christopher | 3/9/1976 | OH | Southern District of Ohio, Cincinnati Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 26. | Kyle, pamela | 11/5/1965 | CA | Central District of California, Santa Ana Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 27. | Martin, Felix | 7/28/1971 | CA | Eastern District of California, Sacramento DIvision | No | Yes | No | kidney cancer | I-IX, XIII-XIX |

| # | Name | DOB | State | District | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 28. | Mazzeo, Scot | 11/17/1959 | AZ | District of Arizona, Phoenix Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 29. | Murphy, Pamela | 1/16/1951 | NH | District of New Hampshire, Concord Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 30. | Pawid, Nenita | 5/22/1953 | NJ | District of New Jersey, Newark Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 31. | Rodriguez, Jr., Alfredo | 10/1/1990 | CA | Central District of California, Santa Ana Division | No | Yes | No | testicular Cancer | I-IX, XIII-XIX |
| 32. | Ross, Stewart | 12/27/1959 | FL | Middle District of Florida, Orlando Division | | | | testicular cancer | I-IX, XIII-XIX |
| 33. | Rudicil, Jason | 2/3/1987 | MI | Western District of Michigan, Grand Rapids Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 34. | Rumble, Eric | 1/8/1973 | CA | Eastern District of California, Sacramento Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 35. | Saporito, Frank | 12/2/1957 | NY | Eastern District of New York, Central Islip Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 36. | Schejtman, Liza | 12/7/1975 | NJ | District of New Jersey, Newark Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 37. | Sievers, Steven | 1/20/1948 | AL | Northern District of Alabama, Birmingham Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 38. | Simpson, Derek | 7/4/1949 | NH | District of New Hampshire, Concord Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 39. | Skinner, Douglas | 11/5/1962 | NJ | District of New Jersey, Trenton Division | No | Yes | No | Thyroid Cancer | I-IX, XIII-XIX |
| 40. | Smith, Anderson | 12/21/1960 | SC | District of South Carolina, Columbia Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 41. | Smith, James P | 11/15/1969 | MA | District of Massachusetts, Boston Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 42. | Solis, Quentin | 7/22/1997 | OH | Southern District of Ohio, Columbus Division | No | Yes | No | Testicular Cancer | I-IX, XIII-XIX |

| | Name | DOB | State | District | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 43. | Sotubo, Ayodele | 9/23/1958 | TX | Northern District of Texas, Fort Worth Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 44. | Sparks, Garron | 4/26/1956 | IL | Northern District of Illinois, Chicago Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 45. | Spaulding, Bryan | 9/7/1979 | WI | Western Dostrict of Wisconsin, Madison Division | No | Yes | No | Kidney Cancer,Testicular Cancer | I-IX, XIII-XIX |
| 46. | Stanley, Dennis | 8/26/1959 | NC | Middle District of North Carolina, Winston Salem Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 47. | Stanton, Julia | 6/15/1970 | VA | Western District of Virginia, Harrisburg Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 48. | Suasti, Karen | 1/20/1956 | CA | Central District of California, Los Angeles Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 49. | Taylor, Devin | 7/27/1993 | CA | Central District of California, Los Angeles Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 50. | Teresi, Josephine | 7/21/1947 | CA | Northern District of California, San Jose Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 51. | Thibodeau, David | 10/7/1948 | OH | Southern District of Ohio, Cincinnati Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 52. | Tift, Larry | 11/7/1953 | GA | Middle District of Georgia, Albany Division | Yes | Yes | No | ulcerative colitis | I-IX, XIII-XIX |
| 53. | Tinoco, Mark | 9/10/1966 | CA | Eastern District of California, Sacramento Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 54. | Toro, Santos | 12/30/1986 | MD | District of Maryland, Greenbelt Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 55. | Trapp, Gregory | 8/24/1957 | NC | Eastern District of North Carolina, Raleigh Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 56. | Trimble, Bradley | 10/17/1964 | VA | Western District of Viriginia, Roanoke Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 57. | Trujillo, Jr., Jose | 6/8/1951 | AZ | District of Arizona, Phoenix Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 58. | Tzul, Adres | 7/28/1959 | NJ | District of New Jersey, Camden Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 59. | Upshaw, Stefan | 9/30/1964 | OH | Northern District of Ohio, Cleveland Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 60. | Vangasbeck, Jerry | 11/26/1947 | FL | Middle District of Florida, Orlando Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 61. | VanScoy, Robert | 8/4/1970 | FL | Middle District of Florida, Jacksonville Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 62. | Velazquez, Luis | 3/30/1976 | VA | Eastern District of Virginia, Richmond Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 63. | Vincent, Darren | 10/2/1959 | LA | Eastern District of Louisiana, New Orleans Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 64. | Visconti, James | 9/2/1959 | NY | Eastern District of New York, Central Islip Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 65. | Walker, Lakeisha | 12/27/1987 | MS | Northern District of Mississippi, Aberdeen Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 66. | Warren, Charles | 10/7/1950 | IN | Southern District of Indiana, Indianapolis Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 67. | Weymouth, Larry | 7/10/1944 | ID | District of Idaho, Boise Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 68. | White, Felicia | 8/16/1984 | MS | Southern District of Mississippi, Hattiesburg Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 69. | Widmann, Marika | 1/4/1989 | NC | Eastern District of North Carolina, Raleigh Division | Yes | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 70. | Wilcox, Mary | 10/25/1969 | AZ | District of Arizona, Phoenix Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 71. | Wiley, Brandon | 11/9/1973 | FL | Middle District of Florida, Orlando Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 72. | Willette, Sr., Wayne | 9/15/1955 | FL | Middle District of Florida, Tampa Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 73. | Williams, Kenneth | 12/23/1953 | MS | Southern District of Mississippi, Hattiesburg Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 74. | Wilson, Cynthia | 4/10/1972 | SC | District of South Carolina, Columbia Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 75. | Wolf, Schneur | 9/16/1990 | FL | Southern District of Florida, Fort Lauderdale Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 76. | Youngblood, Marguerite | 3/26/1949 | TX | Southern District of Texas, Houston Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 77. | Zagone, Deborah | 8/5/1955 | NM | District of New Mexico, Albuquerque Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |